**STATE v. BYRD**

[363 N.C. 231 (2009)]

STATE OF NORTH CAROLINA          )
                                 )
          v.                     )        ORDER
                                 )
BILLY RAY BYRD                   )

No. 499A07

The opinion filed 1 May 2009 in this case is withdrawn and the revised opinion filed with this order substituted therefor. The sole change in the opinion is the deletion of the sentence at the end of the first paragraph read, "However, we hold that the error was not prejudicial."

By order of the Court in Conference this the 5th day of May 2009.

s/Parker, CJ
For the Court